# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY J. LALLI, et al., | |
| Plaintiffs, | Case No. 2:12-cv-01221-MMD-PAL |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Orders (Dkt. #3) entered July 11, 2012, regarding removal of this case to federal district court. On July 23, 2012, Defendant filed a signed Statement (Dkt. #4) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not yet submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Status Report **no later than 4:00 p.m., September 28, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 14th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge