# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY J. LALLI, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>   Defendants. | Case No. 2:12-cv-01221-MMD-PAL<br><br>**ORDER** |

This matter is before the court on the the parties' Joint Status Report Regarding Removal (Dkt. #7) filed October 3, 2012. The Joint Status Report indicates that the parties are engaged in settlement discussions and are "cautiously optimistic" that this case can be resolved within the next sixty days. The parties jointly request the court allow them sixty days to negotiate a settlement of this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The deadline imposed by Rule 26(f) of the Federal Rules of Civil Procedure and Rule 26-1(d) of the Local Rules of Civil Practice for the parties to meet and confer is suspended until **December 18, 2012.**

2. The deadline imposed by Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule 26-1 to file a proposed discovery plan and scheduling order is suspended until **December 18, 2012.**

Dated this 9th day of October, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE